**MCCAMEY**

v.

**STATE**

20170660

Supreme Court of Utah.

10/14/2017

20160785, 400 P.3d 1114

Petition for Writ of Certiorari Denied.

**STATE**

v.

**SANCHEZ-GRANADO**

20170629

Supreme Court of Utah.

10/14/2017

20160651, 400 P.3d 1110

Petition for Writ of Certiorari Denied.